=================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__   DISTRICT OF   __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:07-CV-0523 (LEK/DRH)**

**GEORGE MERCIER,**

         **Plaintiff,**

 -against-

**GEORGE MERCIER, MICHELLE MERCIER, MICHAEL D. MERCIER, SUSAN MERCIER, THOMAS VOELKLE, SANDRA FRANKEL, PATRICK O'FLYNN, JAMES GODSHEL, PATRICIA MARKS, ELMA A. BELLINI, THOMAS VAN STRYNODONCK, JOHN J. ARK, THE REPUBLIC OF FRANCE,**

         **Defendants.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated May 25, 2007.

**DATE:**  May 25, 2007              __LAWRENCE K. BAERMAN__
                              CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**

Dockets.Justia.com