\==========================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

___NORTHERN___   DISTRICT OF   ___NEW YORK___

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:07-CV-0523 (LEK/DRH)

GEORGE MERCIER,

                    **Plaintiff,**

  -against-

GEORGE MERCIER, MICHELLE MERCIER,
MICHAEL D. MERCIER, SUSAN MERCIER,
THOMAS VOELKLE, SANDRA FRANKEL,
PATRICK O'FLYNN, JAMES GODSHEL, PATRICIA
MARKS, ELMA A. BELLINI, THOMAS VAN
STRYNODONCK, JOHN J. ARK,
THE REPUBLIC OF FRANCE,

                    **Defendants.**

_____   JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__   DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated May 25, 2007.

DATE:   May 25, 2007                                   **_LAWRENCE K. BAERMAN_**
                                                                                    CLERK OF THE COURT

                                                                                *Scott A. Snyder*
                                                                                **Courtroom Deputy to the
                                                                                Honorable Lawrence E. Kahn**